**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 14-6201**

───────────

ADRIAN D. MURRAY,

              Plaintiff - Appellant,

        v.

MARY POLLARD; DANIELLE M. CARMAN; TONI BANKS; THEODORE S.
ROYSTER,

              Defendants - Appellees.

───────────

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.    Frank D. Whitney,
Chief District Judge.  (1:13-cv-00314-FDW)

───────────

Submitted:  June 19, 2014              Decided:  June 23, 2014

───────────

Before NIEMEYER, MOTZ, and KEENAN, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Adrian D. Murray, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adrian D. Murray appeals the district court's order dismissing after a 28 U.S.C. § 1915 (2012) review his 42 U.S.C. § 1983 (2012) complaint, and its order denying his Fed. R. Civ. P. 59(e) motion for reconsideration and motion to amend the complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. Murray v. Pollard, No. 1:13-cv-00314-FDW (W.D.N.C. Jan. 7, 2014; Jan. 24, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED